UNITED STATES DITRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | ) ) ) | Judge Algenon Marbley |
| Plaintiff | ) | |
| vs. | ) ) | |
| BLACKWELL, etal; and | ) ) | Case No. 2:03-CV-00063 |
| KAHL, etal; and | ) ) | Case No. 1:06-CV-00608 |
| PARKER, etal: | ) | Case No. 2:03-CV-00065 |

**ORDER DISTRIBUTING FUNDS**

Having reviewed the motion of the Claims Distributor to direct funds to the Tax Administrator for the payment of taxes and for fees and costs (doc. no. 177), and for good cause shown:

The Court **ORDERS** that the Claims Distributor shall issue a check drawn against the Settlement Fund in the amount of $2,996.00 payable to "Damasco & Associates, Trust Account" and that the check be sent to Damasco and Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019, for the payment of taxes.

The Court further **ORDERS** that the Claims Distributor shall issue a check drawn against the Settlement Fund in the amount of $11,982.73 payable to "Damasco & Associates LLP" and that the check to sent to Damasco & Associates LLP, 700 Monte

Vista Lane, Half Moon Bay, CA 94019, for the payment of fees and costs for the tax preparation as stated in the motion and the Exhibits attached thereto.

**IT IS SO ORDERED.**

                                               <u>s/Algenon L. Marbley</u>
                                         **ALGENON L. MARBLEY**
                                         **UNITED STATES DISTRICT COURT**

**Dated: March 11, 2009**